UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)
2017-0555

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on February 7, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Wanda C. Martinez

Case No.: 17-13079-JNP

Hearing Date: 01/22/2019

Judge: Honorable Jerrold N. Poslusny, Jr.

Chapter: 13

## CONSENT ORDER REINSTATING STAY AND PROVIDING OTHER RELIEF

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: February 7, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: Wanda C. Martinez
Case No.: 17-13079-JNP
Caption of Order: CONSENT ORDER REINSTATING STAY AND PROVIDING OTHER RELIEF

Upon the debtor's motion to reinstate the stay as to certain real property which stay was heretofore vacated for cause pursuant to Bankruptcy Code section 362(d) and Powers Kirn, LLC, Attorney for PennyMac Loan Services, LLC servicing agent for Bank of America, N.A., appearing and for cause shown, it is

**ORDERED** as follows:

1. The debtor's motion to reinstate the stay is hereby granted upon the conditions and terms more particularly provided hereinafter.

2. Debtor(s) shall commence curing post petition arrears through January 1, 2019, in the sum of $9,112.81 as provided hereinafter.

3. Movant shall apply the amount of $288.53 in suspense to the arrears set forth above.

4. Debtor(s) shall make an immediate payment of $8,824.28.

5. Debtor(s) shall resume regular monthly mortgage payments starting on February 1, 2019.

6. If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly mortgage payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's Attorney. In the event that no objection to said Certification of Default if filed by the Debtor within fourteen (14) days of the filing of the same, the Court shall enter an Order Vacating Stay without further hearing.

7. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

The undersigned hereby consent to the form and entry of the foregoing order.

_____
S. Daniel Hutchison, Esquire
Attorney for Wanda C. Martinez

_____
William M. E. Powers III
Attorney for Bank of America, N.A.